FILED

2012 APR 27 PM 12:43

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RON ZABAWSKI and
CHRISTINE ZABAWSKI

individually,

    Plaintiff,

vs.

CASE NO.:

3:12-CV-486-J-34MCR

DE BEAUBIEN, KNIGHT, SIMMONS,
MANTZARIS, & NEAL, LLP

a Florida Limited Liability Partnership,

    Defendant.
_____/

## COMPLAINT

### COUNT I
### VIOLATION OF FAIR DEBT COLLECTION
### PRACTICES ACT, 15 U.S.C. § 1692 et seq.

### JURISDICTIONAL ALLEGATIONS

1.    This civil action is instituted to recover statutory damages, court costs and attorney fees because of Defendant's failure to comply with the provisions of Title VIII of the Consumer Credit Protection Act (the "Fair Debt Collection Practices Act"), 15 U.S.C. § 1692 et seq. Jurisdiction of this court is

Complaint, cont.
Case No:

invoked pursuant to 15 U.S.C. § 1692k and 28 U.S.C. § 1337.

2. Defendant is a debt collector doing business in this District.

3. At all times material the violations of the Fair Debt Collection Practices Act occurred in Clay County Florida.

4. Venue is proper in the Middle District Of Florida, Jacksonville Division and the Defendant is subject to the jurisdiction of this Court.

## GENERAL ALLEGATIONS

5. The Plaintiffs re-allege and incorporate by reference herein allegations contained in paragraphs one through four.

6. On or about July 1, 2011 Plaintiffs Ron and Christine Zabawski, terminated a lease with their landlord.

7. On or about July 14, 2011 the Defendant sent through the mail a certified letter demanding payment of money in the amount of $12,730.02. Attached as Exhibit A and incorporated herein by reference.

8. At all times material the Defendant was aware the Plaintiffs were represented by an attorney. See attached Exhibit B and incorporated by reference herein.

Complaint, cont.
Case No:

9. The Defendants violated provision Title 15 USC 1692c (a)(2) prohibiting communication directly with a debtor if the debtor is represented by an attorney.

10. The Defendant falsely represented that it represented the landlord in the collection of the debt in violation of 15 USC 1692e(10). See attached Exhibit C and incorporated by reference herein.

11. The Defendant's communication failed to comply with the notice of debt requirements under section 15 USC 1692g(a)(3)-(5).

12. The Defendant also failed to comply with 15 USC 1692e(11) by omitting it was attempting to collect a debt in its letter dated July 14, 2011.

13. Furthermore such correspondence was nothing more than an attempt to harass the Plaintiffs in violation of 15 USC 1692d given the fact the Defendants did not represent the landlord in the collection of the amount allegedly owed.

14. 15 U.S.C. § 1692k provides that any debt collector that fails to comply with the provisions of the Debt Collection Practices Act with regard to any person, is liable to such person in an amount equal to actual damages,

Complaint, cont.
Case No:

statutory damages, together with costs and reasonable attorney fees.

Wherefore, Plaintiff prays the Court grant the following relief:

(1) Judgment against the Defendant for statutory damages, plus costs and attorney fees and actual damages proved at trial;

(2) Trial by jury on any issue of fact herein;

(3) For such other and further relief as may be just and appropriate

## COUNT II
## VIOLATION OF FLORIDA CONSUMER PROTECTION PRACTICES ACT, FLA. STAT. 559.55 ET SEQ.

### JURISDICTIONAL ALLEGATIONS

15. This civil action is instituted to recover statutory damages, court costs and attorney fees because of Defendant's failure to comply with the provisions of Title XXXIII, Chapter 559 of the Florida Consumer Protection Practices Act, Florida Statute 559.55 et seq. Jurisdiction of this court is invoked pursuant to Florida Statute 559.77(1).

16. Defendant is a debt collector doing business in Clay County Florida, and the violation of the Florida Consumer Protection Practices Act

Complaint, cont.
Case No:

occurred in Clay County Florida, and is subject to the jurisdiction of this Court.

## GENERAL ALLEGATIONS

17. Plaintiffs alleges and incorporates by reference paragraphs one (1) through eight (8) *supra*.

18. The Defendant's communication attached as Exhibit A was a willful only meant to abuse and harass the debtor under the totality of the circumstances in violation of Fla. Stat. 559.72(7).

19. The Defendant misrepresented its legal right to collect the debt on behalf of the landlord when it knew no such legal right existed in violation of Florida Statute 559.72(9).

20. The Defendant further violated the Florida Consumer Collection Practices Act by communicating directly with the Defendant with the knowledge that the debtor was represented by an attorney in violation of Florida Statute section 559.72(18).

21. Section 559.77 Florida Statute provides for actual damages and for additional statutory damages as the court may allow, together with court costs

Complaint, cont.
Case No:

and reasonable attorney's fees incurred by the Plaintiff.

22. The Defendant's conduct exhibited reckless indifference to the rights of the Plaintiff constituting an intentional violation of the Plaintiff's rights under the laws of Florida and such conduct was illegal. The Defendant's conduct exhibited such a reckless indifference toward the Plaintiff that an award of punitive damages is appropriate based on the record.

Complaint, cont.
Case No:

Wherefore, Plaintiff prays the Court grant the following relief:

(1) Judgment against the Defendant for actual damages, statutory damages, plus costs and attorney fees and actual damages proved at trial;

(2) An award of punitive damages

(3) Trial by jury on any issue of fact herein;

(4) For such other and further relief as may be just and appropriate.

Dated this 26th day of April, 2012, Clay County, Florida.

Law Office of Bohdan Neswiacheny

_____
Sean C. Barber, Esq.
Fla. Bar No.: 0680931
151 College Drive, Suite 1
Orange Park, FL 32065
Tel.: (904) 276-6171
Fax.: (904) 276-1751
Attorney for Plaintiffs
sbarber@bnlaw.com

EXHIBIT A

Case 3:12-cv-00486-MMH-MCR   Document 1   Filed 04/27/12   Page 9 of 14 PageID 9



**DE BEAUBIEN KNIGHT SIMMONS MANTZARIS & NEAL LLP**
ATTORNEYS AND COUNSELLORS AT LAW
ORLANDO | TALLAHASSEE | TAMPA
WWW.DBKSMN.COM

| TALLAHASSEE OFFICE | MAIN OFFICE | TAMPA OFFICE |
|---|---|---|
| 725 East Park Avenue | Post Office Box 87 | 609 West Horatio Street |
| Tallahassee, Florida 32301 | 332 North Magnolia Avenue | Tampa, Florida 33606 |
| | Orlando, Florida 32802-0087 | |
| | 407-992-3686 | |
| | Telefax 407-420-2092 | |

Reply to: Main Office

July 14, 2011

SENT VIA CERTIFIED MAIL: 7010 0290 0003 6188 1772

Ron and Christine Zabawski
1677 Pebble Beach Boulevard
Green Cove Springs, FL 32043

Re: ………………………….'s Notice of Claim Against Security Deposit
Property: 1677 Pebble Beach Blvd., Green Cove Springs, FL
Our File Number: 726014

Dear Mr. and Mrs. Zabawski:

This letter is written on behalf of ……………………………… regarding their notice of intent to impose a claim against your security deposit in the amount of $1,900.00. ……… have informed us that the aforementioned was provided by you for the residential tenancy located at 1677 Pebble Beach Boulevard, Green Cove Springs, FL. Enclosed please find a copy of the lease.

……………… have advised that you terminated the lease prior to its termination date of August 15, 2011. As such, you owe $1,900.00 for the month of July and $950.00 for the month of August. Due to your default, ……………… are hereby advising that they are retaining your $1,900.00 security deposit.

Additionally, ……………… maintain that you have caused damages to the property as follows:

(1) Pest control for June, July and half of August: $82.00
(2) Repair of a/c unit caused by your negligence: $264.00
(3) Re-key locks for eight (8) exterior doors: $154.08
(4) Replace three (3) garage door opener transmitters: $75.00
(5) Replace Magnolia Point gate remote: $40.00
(6) Replace all warranty instruction manuals for appliances, fans, equipment: $400.00
(7) Replace torn/stained carpet on stairs and second floor: $2,194.00
(8) Replace/repair bath hardware: $100.00

R:\Title I\A.X.V\Martin, Marguerite - 726014 - Ron and Christine Zabawski FINAL.doc

JUL 1 8 2011

BY……………………

July 14, 2011
Page 2 of 3

    (9)    Replace/repair Jacuzzi tub jet: $175.94
    (10)   Repair/reinstall upstairs closet door: $50.00
    (11)   Replace broken window blind: $75.00
    (12)   Replace range broiler pan: $15.00
    (13)   Replace bath cabinet floor damaged by water/liquid: $100.00
    (14)   Repair bath ceiling damaged from overflow on second floor: $200.00
    (15)   Remove or cover rust stains from upstairs tub: $210.00
    (16)   Remove stains/refurbish marble vessel sink: $50.00
    (17)   Remove stains/refurbish laundry sink: $50.00
    (18)   Remove stains from granite counters: $50.00
    (19)   Clean wall and floor tile, and grout, range, cabinets and blinds: $650.00
    (20)   Clean/pressure wash paint off driveway: $100.00
    (21)   Repair, repaint walls and woodwork: $6,745.00

    Therefore, on behalf of _____ _____ demand is now made of you to remit the full amount due of $12,730.02 ($14,630.02 minus security deposit of $1,900.00) to _____, c/o de Beaubien, Knight, Simmons, Mantzaris & Neal, LLP, P.O. Box 87, Orlando, Florida 32802-0087.

    Please be advised that pursuant to Florida Statute 83.49 you are hereby notified that you must object in writing to this deduction from your security deposit within fifteen (15) days from the time you receive this notice or she will be authorized to deduct her claim from your security deposit. Your objection must be sent to            at the address listed below.

    PLEASE GOVERN YOURSELF ACCORDINGLY.

                                           Sincerely,

                                           Alexandra Vargas

AXV:cf
Enclosure
cc:

Sean C. Barber, Esquire
151 College Drive, Suite 5
Orange Park, FL 32065

---

**EXHIBIT B**

## Law Office of Bohdan Neswiacheny
### Attorneys at Law

| 1800 SECOND STREET<br>SUITE 760<br>SARASOTA, FL 34236<br><br>TELEPHONE (941) 957-3400<br>FAX (941) 952-9103 | 540 N.E. 4TH STREET<br>FORT LAUDERDALE, FL 33301<br><br>TELEPHONE (954) 522-5400<br>FAX (954) 765-1274<br>WEB www.bnlaw.com | 151 COLLEGE DRIVE<br>SUITE 5<br>ORANGE PARK, FL 32065<br><br>TELEPHONE (904) 276-6171<br>FAX (904) 276-1751<br><br>PLEASE REPLY TO:<br>SEAN C. BARBER<br>AT ORANGE PARK OFFICE<br>EMAIL: sbarber@bnlaw.com |

July 5, 2011

Michael W. Curto, Esq.
P.O. Box 87
332 North Magnolia Ave.
Orlando, FL 32802-0087

RE:  Case              :    ?     v. Zabawski
     Your File No.     :    726014
     Our File No.      :    195.11113

Dear Mr. Curto:

Please be advised I am currently representing the Zabawskis in the above referenced matter. I have reviewed your June 23, 2011 correspondence concerning the lease expiration on the Pebble Beach property. I have spoken to Mr. Zabawski concerning the lease, and he has advised me that the          were going to allow the Zabawskis out of there lease early without any further consequences. Since there is a deposit in the amount of $1900.00 available to cover July 2011 rent, it appears that there are no further remedies available to the          other than making a claim against the deposit. Therefore please advise if your clients are agreeable to this resolution.

Sincerely,

Sean C. Barber, Esq.

SCB/sb

EXHIBIT C



**DE BEAUBIEN KNIGHT SIMMONS MANTZARIS & NEAL LLP**
ATTORNEYS AND COUNSELLORS AT LAW
ORLANDO | TALLAHASSEE | TAMPA
WWW.DBKSMN.COM

| **TALLAHASSEE OFFICE** | **MAIN OFFICE** | **TAMPA OFFICE** |
|---|---|---|
| 725 East Park Avenue | Post Office Box 87 | 609 West Horatio Street |
| Tallahassee, Florida 32301 | 332 North Magnolia Avenue | Tampa, Florida 33606 |
| | Orlando, Florida 32802-0087 | |
| | 407-992-3686 | |
| | Telefax (407) 420-2092 | |

Reply to: Main Office

August 19, 2011

**SENT VIA FACSIMILE: 904-276-1751 AND U.S. MAIL**

Sean C. Barber
151 College Drive, Suite 5
Orange Park, FL 32065

   Re:
      Your File Number:  195.11113
      Our File Number:   726014

Dear Mr. Barber:

   In response to your August 10, 2011, letter, please be advised that this office has not been retained by

   Thank you for your time and consideration.

                                         Sincerely,

                                         Alexandra Vargas

AXV:cf
cc:

AUG 2 2 2011

R:\Title I\A.X.V\Martin, Marguerite and William - 726014 - Sean Barber FINAL-S.doc